# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

AUGUSTINE HERNANDEZ,

      Petitioner,

                             CASE NO. 2:06-CV-12037

v.                             HONORABLE VICTORIA A. ROBERTS

                             UNITED STATES DISTRICT JUDGE

JAN TROMBLEY,

      Respondent.

_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Victoria A. Roberts, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on April 4, 2007.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 4th, day of April, 2007.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

APPROVED:

                                    BY: S/C. Pinegar
                                      DEPUTY CLERK

S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE